**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **GERALD ROY QUACO,** | )<br>) |
| Plaintiff, | )<br>)   Case  No. CV 13-1638 AJW |
| v. | )<br>)   **J U D G M E N T** |
| **CAROLYN W. COLVIN,**<br>**Acting Commissioner of the Social**<br>**Security Administration,** | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

August 21, 2014

_____
ANDREW J. WISTRICH
United States Magistrate Judge